JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARIA D. G.,

       Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

       Defendant.

Case No. 5:25-cv-01189-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED:  January 22, 2026

_Karen E. Scott_

KAREN E. SCOTT
United States Magistrate Judge

1